UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CATHLEEN ZILNER,** | ) | **CASE NO.1:21CV1912** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **NEURONETICS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT** |

**CHRISTOPHER A. BOYKO, J**:

The action came before the Court for a trial by jury on the claims of Plaintiff Cathleen Zilner against Defendant Neuronetics, Inc.. The issues have been tried and the jury has rendered its verdict. The Court polled the jury to verify its verdict.

Therefore, Judgment is entered in favor of Defendant on all of Plaintiff's claims.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

DATED: October 20, 2023